## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                           CHAPTER 7 CASE
KIRKS SUEDE LIFE, INC.
                                                 CASE NO. 06B-00029 BWB

                                                 JUDGE BRUCE W. BLACK

                        Debtor(s)

### TRUSTEE'S FINAL REPORT

To:     THE HONORABLE BRUCE W. BLACK
        BANKRUPTCY JUDGE

        NOW COMES THOMAS B. SULLIVAN, TRUSTEE, herein, and respectfully submits to the

Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C.

§704(9).

1.      THOMAS B. SULLIVAN, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The

Petition commencing this case was filed on 01/03/06. The Trustee was appointed on 01/03/06. An

order for relief under Chapter 7 was entered on 01/03/06.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed

the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have

either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by

the Trustee; there is no other property belonging to the estate; there are no matters pending or

undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the

Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed

by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought

to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of 10/24/07 is as follows:

        a.  RECEIPTS (See Exhibit C)                    $        61,307.96

| | | |
|---|---|---|
| b. DISBURSEMENTS (See Exhibit C) | $ | 1,158.47 |
| c. NET CASH available for distribution | $ | 60,149.49 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
|    1. Trustee compensation requested (See Exhibit E) | $ | 6,315.40 |
|    2. Trustee Expenses (See Exhibit E) | $ | 0.00 |
|    3. Compensation requested by attorney or other | | |
|       professionals for trustee (Exhibit F) | $ | 15,590.37 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | 0.00 |

5.    The Bar Date for filing unsecured claims expired on <u>05/05/06</u>.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 21,905.77 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 600,839.83 |

7.    Trustee proposes that unsecured creditors receive a distribution of 6.39% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.   Professional's compensation and expense requested but not yet allowed is

$15,590.37.   The total of Chapter 7 professional fees and expenses requested for final allowance is

$21,905.77. (A summary of the professional fees and expenses previously requested is attached hereto

as Exhibit G.)

9.    A fee of $4,000.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: _10/24/07_____          RESPECTFULLY SUBMITTED,


By:_/s/Thomas B. Sullivan_____
    THOMAS B. SULLIVAN, TRUSTEE
    1900 RAVINIA PLACE
    ORLAND PARK, IL  60462
    Telephone # (708) 226-2700

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

TOTAL RECEIPTS                                     $_____61,307.96

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                   $_____51,115.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                          $_____0.00

## TRUSTEE TASKS

The Trustee conducted a first meeting of creditors on January 31, 2006 concerning the subject debtor.  While reviewing Schedule B the Trustee took notice in accounts receivable and inventory relative to the dry cleaning business.                                    **2 HOURS**

A motion was prepared and filed on January 18, 2006 to employ counsel for the Trustee.  The order regarding same was entered on January 27, 2006.  On February 2, 2006 the Trustee filed an initial report of assets requesting a bar date.  The bar date was thereafter set for May 5, 2006.

Trustee's counsel sent demand letter to customers who had open account receivables and collected same.  A demand was also sent to the debtor's landlord who had frozen funds in a checking account.  The demand was for a turnover of funds in the amount of $30,274.04.  Funds were received on June 28, 2007 and deposited.  Unscheduled tax refunds were collected in the amount of $4,121.08 as a result of over payment of tax for the year ending December 2005.                        **4 HOURS**

Also an extensive amount of time was expended attempting to sell a large volume of suede cleaning chemicals to a prospective buyer in Europe.  The Trustee was not successful in a sale of the chemicals although it did save the estate the expense of shipping the chemicals to the U.S. to dispose of them.                                    **4 HOURS**

Trustee's counsel prepared a motion to sell property of the debtor both tangible and non-tangible property including telephone numbers, good will, trade name, customer lists, formulas, patents copyrights and trademarks to Midland Products Co for $2,500.00.  The order

regarding same was entered on April 21, 2006.  The funds were received on April 18, 2006 and deposited into estate account.          **4 HOURS**

Trustee's counsel prepared a motion to employ an accountant on behalf of the Trustee.  The order was entered on October 13, 2006.

Claims were examined and claim objections was filed in regard to claim number one and fourteen.  The orders objecting to the a secured claim of the creditors but allowing them in full as a general unsecured claim was entered on August 31, 2007.          **3 HOURS**

Corporate 2006 tax returns for the State of New Jersey were received from the accountant, reviewed and signed.  Tax was found to be due in the amount of $574.00 and was paid to the State of New Jersey.  Final Corporate tax returns for the State of New Jersey were received from Trustee's accountant for the tax year 2007 and tax was determined to be due in the amount of $541.00 and paid to the State of New Jersey.    A final report was prepared.          **4 HOURS**

**21 HOURS @ $475.00/HOUR = $9,975.00**

**EXHIBIT A**

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06B-00029 BWB
**Case Name:** KIRKS SUEDE LIFE, INC.

**Period Ending:** 10/24/07

**Trustee:** (330180)    THOMAS B. SULLIVAN, TRUSTEE
**Filed (f) or Converted (c):** 01/03/06 (f)
**§341(a) Meeting Date:** 01/31/06
**Claims Bar Date:** 05/05/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNTS | 2,274.00 | 0.00 | DA | 0.00 | FA |
| 2 | SECURITY DEPOSIT | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | A/R | 60,000.00 | 60,000.00 | | 23,890.68 | FA |
| 4 | CLEANERS MIDWEST EQUIPMENT | 37,841.00 | 37,841.00 | DA | 0.00 | FA |
| 5 | TELEPHONES | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | INVENTORY | 48,860.00 | 48,860.00 | | 2,500.00 | FA |
| 7 | TAX REFUND  (u) | 472.03 | 472.03 | | 4,121.08 | FA |
| 8 | TURNOVER OF FUNDS FROM CHECKING ACCT | 30,274.04 | 30,274.04 | | 30,274.04 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 522.16 | Unknown |
| 9 | **Assets**      **Totals** (Excluding unknown values) | **$190,721.07** | **$177,447.07** | | **$61,307.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

ACCOUNTANT REVIEWING FOR ACCOUNTS RECEIVABLE AND PREFERENCES

## Form 1

Page: 2

### Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 06B-00029 BWB | **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE |
| **Case Name:** KIRKS SUEDE LIFE, INC. | **Filed (f) or Converted (c):** 01/03/06 (f) |
| | **§341(a) Meeting Date:** 01/31/06 |
| **Period Ending:** 10/24/07 | **Claims Bar Date:** 05/05/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** December 31, 2007    **Current Projected Date Of Final Report (TFR):** December 31, 2007

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06B-00029 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | KIRKS SUEDE LIFE, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****53-19 - Time Deposit Account |
| Taxpayer ID #: | 13-2660819 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 10/24/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/06 | | FUNDING ACCOUNT: ********5365 | | 9999-000 | 25,000.00 | | 25,000.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 18.50 | | 25,018.50 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 31.89 | | 25,050.39 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 31.94 | | 25,082.33 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 29.91 | | 25,112.24 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 32.01 | | 25,144.25 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 31.02 | | 25,175.27 |
| 12/12/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 12.41 | | 25,187.68 |
| 06/11/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 193.27 | | 25,380.95 |

|  | | | ACCOUNT TOTALS | | 25,380.95 | 0.00 | $25,380.95 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 25,000.00 | 0.00 | |
| | | | **Subtotal** | | **380.95** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$380.95** | **$0.00** | |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06B-00029 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | KIRKS SUEDE LIFE, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****53-65 - Money Market Account |
| Taxpayer ID #: | 13-2660819 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 10/24/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/06 | {3} | JOHN ASH CLEANERS INC. | A/R | 1121-000 | 2,531.00 | | 2,531.00 |
| 02/08/06 | {3} | PALE INC (CLASSIC) | A/R | 1121-000 | 765.86 | | 3,296.86 |
| 02/08/06 | {3} | MID-WEST LEATHER CLEANERS, INC. | A/R | 1121-000 | 400.00 | | 3,696.86 |
| 02/08/06 | {3} | BISHOP CLEANERS | A/R | 1121-000 | 392.20 | | 4,089.06 |
| 02/08/06 | {3} | ARROW FABRICARE | A/R | 1121-000 | 527.75 | | 4,616.81 |
| 02/08/06 | {3} | LINCOLN CLEANERS | A/R | 1121-000 | 332.07 | | 4,948.88 |
| 02/08/06 | {3} | MCCOLLUM CLEANERS | A/R | 1121-000 | 79.00 | | 5,027.88 |
| 02/08/06 | {3} | CAMPBELL'S CLEANERS INC. | A/R | 1121-000 | 120.06 | | 5,147.94 |
| 02/08/06 | {3} | ARROW FABRICARE | A/R | 1121-000 | 116.92 | | 5,264.86 |
| 02/08/06 | {3} | SUN RAY CLEANERS & LAUNDRY ( RAM OF COLUMBUS, GA) | A/R | 1121-000 | 349.36 | | 5,614.22 |
| 02/08/06 | {3} | UNEEDA CLEANERS LLC | A/R | 1121-000 | 184.60 | | 5,798.82 |
| 02/08/06 | {3} | RAM LEATHER CARE OF SAN ANTONIO INC. | A/R | 1121-000 | 703.51 | | 6,502.33 |
| 02/08/06 | {3} | RAM LEATHER CARE OF SAN ANTONIO INC. | A/R | 1121-000 | 416.86 | | 6,919.19 |
| 02/08/06 | {3} | BRUCE BALDWIN CLEANERS, INC. | A/R | 1121-000 | 4,214.29 | | 11,133.48 |
| 02/08/06 | {3} | ROSALI ENTERPRISES INC. | A/R | 1121-000 | 1,800.00 | | 12,933.48 |
| 02/09/06 | {3} | NORMAN CLEANERS | NSF CHECK # 8889 | 1121-000 | -27.78 | | 12,905.70 |
| 02/09/06 | {3} | NORMAN'S CLEANERS | RETURN OF NSF CHECK #8947 | 1121-000 | -157.33 | | 12,748.37 |
| 02/28/06 | {3} | APPALACHIAN LEATHER CLEANERS, INC. | A/R | 1121-000 | 1,222.91 | | 13,971.28 |
| 02/28/06 | {3} | HUDSON SERVICES, INC. | A/R | 1121-000 | 225.29 | | 14,196.57 |
| | | | Subtotals : | | $14,196.57 | $0.00 | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06B-00029 BWB |
| **Case Name:** | KIRKS SUEDE LIFE, INC. |
| **Taxpayer ID #:** | 13-2660819 |
| **Period Ending:** | 10/24/07 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****53-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/06 | {3} | HUDSON SERVICES, INC. | A/R | 1121-000 | 1,197.47 | | 15,394.04 |
| 02/28/06 | {3} | ALASKA CLEANERS, INC. | A/R | 1121-000 | 158.08 | | 15,552.12 |
| 02/28/06 | {3} | PALE INC. (CLASSIC DRY CLEANERS) | A/R | 1121-000 | 419.99 | | 15,972.11 |
| 02/28/06 | {3} | NORMAN'S CLEANERS | A/R | 1121-000 | 157.33 | | 16,129.44 |
| 02/28/06 | {3} | KB DRY CLEANERS, INC. (DUCK CLEANERS) | A/R | 1121-000 | 130.99 | | 16,260.43 |
| 02/28/06 | {3} | BERTHON'S CLEANERS | A/R | 1121-000 | 286.49 | | 16,546.92 |
| 02/28/06 | {3} | WOLVERINE LEATHER SERVICE, LTD. | A/R | 1121-000 | 215.59 | | 16,762.51 |
| 02/28/06 | {3} | NORMAN'S CLEANERS | A/R | 1121-000 | 27.78 | | 16,790.29 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 6.11 | | 16,796.40 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 9.99 | | 16,806.39 |
| 04/18/06 | {6} | MIDLAND PRODUCTS | SETTLEMENT PER ORDER OF 4/21/06 | 1129-000 | 2,500.00 | | 19,306.39 |
| 04/24/06 | {3} | CUSTOM CLEANERS | A/R | 1121-000 | 305.07 | | 19,611.46 |
| 04/24/06 | {3} | FABRIC CARE | A/R | 1121-000 | 493.02 | | 20,104.48 |
| 04/24/06 | {3} | A&A CLEANERS & LAUNDRY, INC. | A/R | 1121-000 | 789.82 | | 20,894.30 |
| 04/24/06 | {3} | SHERMAN LEATHER & DRY CLEANERS, INC. | A/R | 1121-000 | 5,217.04 | | 26,111.34 |
| 04/24/06 | {3} | ARROW FABRICARE | A/R | 1121-000 | 216.38 | | 26,327.72 |
| 04/24/06 | {3} | MID-WEST LEATHER CLEANERS, INC. | A/R | 1121-000 | 474.46 | | 26,802.18 |
| 04/24/06 | {3} | ALAMEDA LAUDRY & CLEANERS | A/R | 1121-000 | 39.56 | | 26,841.74 |
| 04/24/06 | {3} | ALASKA CLEANERS, INC | A/R | 1121-000 | 39.50 | | 26,881.24 |
| 04/24/06 | {7} | U.S. TREASURY | TAX REFUND | 1224-000 | 472.03 | | 27,353.27 |
| | | | **Subtotals :** | | **$13,156.70** | **$0.00** | |

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 06B-00029 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | KIRKS SUEDE LIFE, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****53-65 - Money Market Account |
| Taxpayer ID #: | 13-2660819 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/24/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.12 | | 27,365.39 |
| 05/03/06 | {3} | MID-WEST LEATHER CLEANERS, INC. | STOPPED PAYMENT /RETURNED CHECK | 1121-000 | -474.46 | | 26,890.93 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.30 | | 26,909.23 |
| 06/13/06 | | ACCOUNT FUNDED: ********5319 | | 9999-000 | | 25,000.00 | 1,909.23 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.83 | | 1,917.06 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.30 | | 1,918.36 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.30 | | 1,919.66 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.22 | | 1,920.88 |
| 10/02/06 | {7} | US TREASURY | FEDERAL TAX REFUND (OVERPAYMENT) 12/05 | 1224-000 | 3,649.05 | | 5,569.93 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.50 | | 5,573.43 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.66 | | 5,577.09 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.54 | | 5,580.63 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.72 | | 5,584.35 |
| 02/07/07 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #06B-00029, BOND #016026455 | 2300-000 | | 43.47 | 5,540.88 |
| 02/27/07 | 1002 | STATE OF NEW JERSEY - CBT | TIN 132-660-819/000 2005 NJ CORP BUSINESS TAX RETURN | 2820-000 | | 574.00 | 4,966.88 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.77 | | 4,969.65 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.79 | | 4,972.44 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.74 | | 4,975.18 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.74 | | 4,977.92 |
| 06/07/07 | 1003 | STATE OF NEW JERSEY - CBT | CORPORATE BUSINESS TAX 6/1/06 - | 2820-000 | | 541.00 | 4,436.92 |

|  |  |  |  | Subtotals : | $3,242.12 | $26,158.47 | |

{} Asset reference(s)

Printed: 10/24/2007 11:49 AM     V.9.55

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 06B-00029 BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| Case Name: | KIRKS SUEDE LIFE, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****53-65 - Money Market Account |
| Taxpayer ID #: | 13-2660819 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 10/24/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 5/31/07; FEDERAL EMP. ID 132-660-819/000 | | | | |
| 06/28/07 | {8} | JOHN CONWAY | TURNOVER OF FUNDS IN CHECKING ACCOUNT FROZEN BY LANDLORD | 1129-000 | 30,274.04 | | 34,710.96 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.42 | | 34,713.38 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 18.69 | | 34,732.07 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 19.16 | | 34,751.23 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 17.31 | | 34,768.54 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 60,927.01 | 26,158.47 | $34,768.54 |
| Less: Bank Transfers | 0.00 | 25,000.00 | |
| **Subtotal** | 60,927.01 | 1,158.47 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $60,927.01 | $1,158.47 | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06B-00029 BWB |
| **Case Name:** | KIRKS SUEDE LIFE, INC. |
| **Taxpayer ID #:** | 13-2660819 |
| **Period Ending:** | 10/24/07 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****53-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 61,307.96 |
| Net Estate : | $61,307.96 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **CD # ***-*****53-19** | 380.95 | 0.00 | 25,380.95 |
| **MMA # ***-*****53-65** | 60,927.01 | 1,158.47 | 34,768.54 |
| **Checking # ***-*****53-66** | 0.00 | 0.00 | 0.00 |
| | **$61,307.96** | **$1,158.47** | **$60,149.49** |

{} Asset reference(s)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KIRKS SUEDE LIFE, INC.<br><br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-00029 BWB<br><br>JUDGE BRUCE W. BLACK |

## PROPOSED DISTRIBUTION REPORT

I, <u>THOMAS B. SULLIVAN, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 21,905.77 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 38,243.72 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 60,149.49 |

| 1.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $         0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $      21,905.77 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | Alan D. Lasko | 9,524.70 | 9,524.70 |
| ADMIN2 | Alan D. Lasko | 56.50 | 56.50 |
| ADMIN3 | Grochocinski, Grochocinski & Lloyd, Ltd. | 5,970.00 | 5,970.00 |
| ADMIN4 | Grochocinski, Grochocinski & Lloyd, Ltd. | 39.17 | 39.17 |
| ADMIN5 | THOMAS B. SULLIVAN, TRUSTEE | 6,315.40 | 6,315.40 |

| 3.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $         0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|

| 4.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $         0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL      $ | 0.00 |

| 5.           TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

| 6.           TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

| 7.           TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

| 8.           TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

| 9.           TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b)(6) - Tax Liens: | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $     598,595.83 | 6.39% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | SOVEREIGN BANK | 75,045.31 | 4,794.57 |
| 002 | EMCO CHEMICAL DISTRIBUTORS | 2,462.50 | 157.33 |
| 003 | UNITED PARCEL SERVICE | 3,154.61 | 201.54 |
| 004 | MICHAEL SELESNICK | 51,746.05 | 3,306.01 |
| 005 | KEYSTONE ANALINE CORP. | 56,966.88 | 3,639.56 |
| 006 | ARTHUR J. ANDREWS | 51,746.06 | 3,306.01 |
| 007 | MIDLAND PRODUCTS | 163,951.41 | 10,474.70 |
| 013 | CHUAN SHEN LIU | 193,091.64 | 12,336.44 |
| 014 | AVAYA INC. | 431.37 | 27.56 |
| | | TOTAL          $ | 38,243.72 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| General Unsecured Subordinated claims | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $       2,244.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| 015     CHEMICAL DISPOSAL SVC, INC. | 2,244.00 | 0.00 |
| | TOTAL          $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred

by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 008 | AVAYA INC. C/O RMS BANKRUPTCY RECOVERY SVCS P.O. BOX 5126 TIMONIUM, MD 21094- | $ 287.58 | Disallowed |
| Unsecured | 009 | AVAYA INC. C/O RMS BKCY RECOVERY SVCS P.O. BOX 5126 TIMONIUM, MD 21094- | $ 287.58 | Disallowed |
| Unsecured | 010 | AVAYA INC. C/O RMS BANKRUPTCY RECOVERY SVC P.O. BOX 5126 TIMONIUM, MD 21094- | $ 287.58 | Disallowed |
| Unsecured | 011 | CHUAN SHEN LIU C/O GUERARD KALINA & BUTKUS 100 W. ROOSEVELT ROAD A-1 WHEATON, IL 60187- | $ 193,091.64 | Disallowed |
| Unsecured | 012 | CHUAN SHEN LIU C/O GUERARD KALINA & BUTKUS 100 W. ROOSEVELT ROAD A-1 WHEATON, IL 60187- | $ 193,091.64 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____   _____

THOMAS B. SULLIVAN, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Fees | 0.00 | 5,970.00 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Expenses | 0.00 | 39.17 | |
| | | | 6,009.17 |
| **Accountant for Trustee** | | | |
| Alan D. Lasko Fees | 0.00 | 9,524.70 | |
| Alan D. Lasko Expenses | 0.00 | 56.50 | |
| | | | 9,581.20 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $        0.00 | $     15,590.37 | $     15,590.37 |