**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KIRKS SUEDE LIFE, INC.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-00029 BWB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: WILL COUNTY COURT ANNEX
   57 N. OTTAWA ST., ROOM 201
   JOLIET, ILLINOIS 60432

   on: **January 4, 2008**
   at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         61,307.96

   b. Disbursements                         $          1,158.47

   c. Net Cash Available for Distribution   $         60,149.49

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

| | | |
|---|---|---|
| Alan D. Lasko | 0.00 | $9,524.70 |
| (Trustee's Accountant Fees) | | |
| Alan D. Lasko | 0.00 | $56.50 |
| (Trustee's Accountant Expenses) | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 0.00 | $5,970.00 |
| (Trustee's Attorney Fees) | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 0.00 | $39.17 |
| (Trustee's Attorney Expenses) | | |
| THOMAS B. SULLIVAN, TRUSTEE | 0.00 | $6,315.40 |
| (Trustee Fees) | | |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Claims of general unsecured creditors totaling $598,595.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 6.39%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | SOVEREIGN BANK | $ 75,045.31 | $ 4,794.57 |
| 002 | EMCO CHEMICAL DISTRIBUTORS | $ 2,462.50 | $ 157.33 |
| 003 | UNITED PARCEL SERVICE | $ 3,154.61 | $ 201.54 |
| 004 | MICHAEL SELESNICK | $ 51,746.05 | $ 3,306.01 |
| 005 | KEYSTONE ANALINE CORP. | $ 56,966.88 | $ 3,639.56 |
| 006 | ARTHUR J. ANDREWS | $ 51,746.06 | $ 3,306.01 |
| 007 | MIDLAND PRODUCTS | $ 163,951.41 | $ 10,474.70 |

1

| | | | |
|---|---|---|---|
| 013 | CHUAN SHEN LIU | $ 193,091.64 | $ 12,336.44 |
| 014 | AVAYA INC. | $ 431.37 | $ 27.56 |
| 015 | CHEMICAL DISPOSAL SVC, INC.* | $ 2,244.00 | $ 0.00 |

* Late filed claim.

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, checking account, security deposit, equipment and telephones

Dated: November 28, 2007

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:  THOMAS B. SULLIVAN, TRUSTEE
Address:  1900 RAVINIA PLACE
          ORLAND PARK, IL  60462
Phone No.:  (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | | |
|---|---|---|
| IN RE: | | CHAPTER 7 CASE |
| KIRKS SUEDE LIFE, INC. | | |
| | | CASE NO. 06B-00029 BWB |
| | | JUDGE BRUCE W. BLACK |
| Debtor(s) | | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 6,315.40 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 6,315.40 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 5,970.00 |
| | b. Expenses | $ | 39.17 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 9,524.70 |
| | b. Expenses | $ | 56.50 |
| | c. Chapter 11 compensation | $ | 0.00 |

   d. Chapter 11 Expenses              $_____0.00

3. Other Professionals

               TOTAL   $___15,590.37

  IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200_.

        ENTERED
           _____
           BRUCE W. BLACK
           UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 06-00029   Doc 34   Filed 11/28/07   Entered 12/01/07 00:37:04   Desc Imaged
                         Certificate of Service   Page 6 of 6

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                  Page 1 of 1                  Date Rcvd: Nov 28, 2007
Case: 06-00029                    Form ID: pdf002              Total Served: 24
```

The following entities were served by first class mail on Nov 30, 2007.
```
db           +Kirks Suede Life, Inc.,   C/O Arthur Andrews,   2501 W. Fulton St.,   Chicago, IL 60612-2103
aty          +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,   Orland Park, IL 60462-3760
aty          +John P Houlihan,    Beck Houlihan & Scott P C,   534 W Roosevelt Road,   Wheaton, IL 60187-5058
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
10551028     +Arthur J Andrews,    128 Fairlane,   Elmhurst, Il 60126-3623
10721001     +Avaya Inc.,   c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126,    Telephone Number: (410) 773-4063
10810982     +Chemical Disposal Services Inc,    PO Box 64786,   Gary, IN 46401-0786
10551029     +Chemtrec,    1300 Wilson Blvd.,   Arlington, VA 22209-2323
10722833     +Chuan Shen Liu,    c/o Guerard Kalina & Butkus,   Attn Mark J Carroll,   100 W Roosevelt Rd A-1,
               Wheaton, IL 60187-5260
10551030     +Cleaners Midwest Equipment,    455 N. Ottawa,   Joliet, IL 60432-1711
10551031     +Craig Meyers,    900 E. 15th St. PO Box 139,   Beardstown, IL 62618-0139
10551032     +EMCO Chemical Distributors,    2100 Commonwealth Av,   North Chicago, IL 60064-2725
11448501    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of Treasury,    Internal Revenue Service,
               Centralized Insolvency Operations,   PO box 21126,    Philadelphia, PA  19114)
10551033     +John Liu,   540 W. Ogden,    Hinsdale, IL 60521-3163
10551027     +John P Houlihan,    Beck Houlihan & Scott PC,   534 W Roosevelt Rd,   Wheaton, IL 60187-5058
10551034     +Keystone Analine Corp.,    2501 W. Fulton St.,   Chicago, IL 60612-2103
10551026     +Kirks Suede Life Inc,    455 N Ottawa,   Joliet, IL 60432-1711
10551035     +Michael Selesnick,    6249 Woodcutter Court,   Palm Beach Gardens, FL 33418-1495
10551036     +Midland Products,    18600 Graphics Court,   Tinley Park, IL 60477-6230
10551037     +Sovereign Bank,    619 Alexander Rd,   Princeton, NJ 08540-6000
10632365     +United Parcel Service,    c/o Receivable Management Svcs,   PO Box 4396,
               Timonium, Maryland 21094-4396
```

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2007**                         **Signature:** _Joseph Speetjens_