*Form NTC*

# United States Bankruptcy Court
### Northern District of Illinois
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Kirks Suede Life, Inc.
C/O Arthur Andrews
2501 W. Fulton St.
Chicago, IL 60612
SSN: EIN: 13−2660819

Case No. :   06−00029
Chapter :    7
Judge :      Bruce W. Black

---

## NOTICE

To the Debtor(s), Creditors, and other Parties in Interest:

You were previously mailed a Notice of Chapter 7 Case, Notice on Trustee's Final Report and Account in the above−referenced case on which a correction should be made in the following information:

A hearing will be held on: January 4, 2008 at 9:15 a.m.

Except as amended by the correction(s) noticed above, the notice remains in full force and effect.

For the Court,

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

Dated: December 3, 2007